UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

BRIGITTE STELZER,

      Plaintiff,

  -v-

SI ENGINEERING, P.C.,

      Defendant.

23-cv-5978 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated. The telephone conference that had been scheduled for September 1, 2023, is adjourned.

    SO ORDERED.

Dated:  New York, NY
       August 25, 2023

                              JED S. RAKOFF, U.S.D.J.